Name Jerome Ireland JR Power of Attorney Business Law Fresno
Street Address 203 Fresno St
City and County Fresno & Fresno
State and Zip Code CA 93706
Telephone Number 1·559.596.4585

FILED

APR 27 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Power of Attorney Business Law
Fresno Jerome Ireland JR

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Warren Buffet Bill Gates
Adam Johnson
Berkshire Hathaway—NetJets.com

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. 1:22cv00497AWIBAM
(to be filled in by the Clerk's Office)

Jury Trial:    ☑ Yes   ☐ No
(check one)

Case 1:22-cv-00497-AWI-BAM   Document 1   Filed 04/27/22   Page 2 of 6

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   (Power of Attorney Business Law Fresno CA)
   Name: JEROME IRELAND JR
   Street Address: 203 FRESNO STREET
   City and County: FRESNO & FRESNO
   State and Zip Code: CA 93706
   Telephone Number: 1.559.594.4585

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: WARREN BUFFET
   Job or Title (if known): OWNER / PARTNER
   Street Address: 4600 International Gateway
   City and County: Columbus & Cleveland
   State and Zip Code: Ohio 43219
   Telephone Number: 1.877.538.4451 & 1.614.239.4000

   Defendant No. 2
   Name: BILL GATES
   Job or Title (if known): PARTNER
   Street Address: 4600 International Gateway
   City and County: Columbus & Cleveland
   State and Zip Code: Ohio 43219
   Telephone Number: 1.877.538.4451 & 1.614.239.4000

2

Defendant No. 3

    Name: Adam Johnson

    Job or Title (if known): Chairman & CEO

    Street Address: NETJETS HEADQUARTERS @ John Glenn Columbus International Airport

    City and County: Columbus & Cleveland

    State and Zip Code: Ohio 43219

    Telephone Number: 1.877.538.4451 & 1.614.239.4000

Defendant No. 4

    Name: ___

    Job or Title (if known): ___

    Street Address: ___

    City and County: ___

    State and Zip Code: ___

    Telephone Number: ___

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    [☒] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Treaties That $6,000,000,000.00 was paid to warren Boffet for a NetJet Door Key Bombardier Challenger 4650 large cabin NetJet Nas car Rental Sves @ Amex every Arrival NetJet Fill ups Panda Express & American Food Svcs & Drakes @ Amex every Departure

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, (name) Jerome JR, is a citizen of the State of (name) Texas.

    b.  If the plaintiff is a corporation

    The plaintiff, (name) Jerome JR, is incorporated under the laws of the State of (name) Bloomberg @ Business Owner Fox Business Owner Discover Business Owner Bank of The Banks and has its principal place of business in the State of (name) Business Owner Business Counsel American Express Business Counsel United States of America Choo Choo for Business

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

- 4 -

b.  If the defendant is a corporation

The defendant, (name) **Berkshire Hathaway Wetters** is incorporated under the laws of the State of (name) **Ohio**, and has its principal place of business in the State of (name) **Ohio**. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I paid $61,000,000,000.00 for my Transportation To get to work one of my concerns  & Reason For Filing Because I'm not Trying To Lose my Job over Them The defendant is Trying to investigate why UPS Stole packages that where Bought From them @ NetJets.com when I begged they not to even use this mailing SVCS.

III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

More So For them Because I'm new But these people & their Business is A High Class business because their able to Charge A person this type of price & put that product together just like I ask them to & their able to make it look worth itt too But if I werent Rethinking possible that they were Taking their time to do The Exchage or A Hell of A Aircra then they would be slow @ Times I Felt Like they were trying to Test my word in The wrong way Like Mi G if I'm here maps @ your Store after you Chargeing what your Charging & I paid you cash there as the salesperson they get to connect & say & start to act like itt serious

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Again I paid $6,000,000,000.00 for what I need Warren Boffer was even like if I didn't pay then I'm going to get killed & all these police & Feds laugh out loud like yeah right all these punks should die & with that Relief would be doing the exchange of my Netjet Poor Pet & Surprise Private Netjet Business Credit Card.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 27, 2022

Signature of Plaintiff    BoGo

Printed Name of Plaintiff  Power of Attorney Business Law Fresno Jerome Ireland Jr