# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR., <br><br> Plaintiff, <br><br> v. <br><br> WARREN BUFFETT, et al., <br><br> Defendants. | Case No. 1:22-cv-00497-AWI-BAM <br><br> FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED <br><br> (Doc. 2) <br><br> **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Jerome Ireland, Jr. ("Plaintiff"), proceeding pro se, initiated this civil action on April 27, 2022. (Doc. 1). On the same day, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2). According to the application, Plaintiff is currently employed and has "$8,000,000,000.00 Seasonal Pay" and Social Security income. (*Id.* at 1.) He also has "GiGillions of Dollars" in cash, checking or savings accounts, and owns property valued at "$28,000,000.00." (*Id.* at 2.)

Having considered Plaintiff's application, and the statements made therein, the Court finds that he has not made the showing required by section 1915(a) that he is unable to pay the required $402.00 in fees for this action.

Accordingly, the Court HEREBY RECOMMENDS that:

1. Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be DENIED; and

1

2. Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (*citing Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **April 29, 2022**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE