UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>WARREN BUFFETT, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00497-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* **BE DENIED**<br><br>(Doc. 2)<br><br>**ORDER DIRECTING PAYMENT OF FILING FEE IN FULL** |

        Plaintiff Jerome Ireland, Jr. ("Plaintiff"), proceeding *pro se*, initiated this civil action on April 27, 2022. (Doc. 1.)  Concurrent with his complaint, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)

        On April 29, 2022, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's application to proceed without prepayment of fees and costs be denied and that Plaintiff be required to pay the $402.00 filing fee in full to procced with this action.  (Doc. 3.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  Plaintiff filed objections to the findings and recommendations on May 3, 2022.  (Doc. 4.)

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.  Although Plaintiff states in his objections that he does not have "any other extra money," he also indicates that he makes "$900 A HOUR FORE PROFIT."  (Doc. 4 at 2.)  Plaintiff's objections provide no basis to reject the magistrate judge's findings and recommendations.  Plaintiff has not made the showing required by 28 U.S.C. § 1915(a) that he is unable to pay the required filing fee in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 29, 2022 (Doc. 3) are adopted in full;
2. Plaintiff's application to proceed without prepayment of fees and costs is denied (Doc. 2);
3. Within thirty (30) days from the date of this order, Plaintiff is required to pay the $402.00 filing fee in full to proceed with this action; and
4. Plaintiff's failure to comply with this order will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:  June 10, 2022

SENIOR DISTRICT JUDGE