|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR., | Case No.  1:22-cv-00497-JLT-BAM |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION** |
| v. | (Doc. 1) |
| WARREN BUFFET, et al., | FOURTEEN-DAY DEADLINE |
| Defendants. | |

**Findings and Recommendations**

Plaintiff Jerome Ireland, Jr. is proceeding pro se with this civil action against Defendants. Warren Buffet, Bill Gates, Adam Johnson, Berkshire Hathaway and NetJets.com. (Doc. 1.) Plaintiff paid the filing fee. However, upon review, the allegations in the complaint, filed on April 27, 2022, appear to be implausible, baseless, and frivolous. Plaintiff's complaint is therefore subject to dismissal.

**ALLEGATIONS**

Plaintiff drafted his complaint using the form provided by this Court. In the section regarding listing the specific federal statutes, federal treaties, and/or provisions of the United States Constitution as issue, Plaintiff listed the following:

> Federal Treaties that $6,000,000,000.00 was paid to Warren Buffet for A NetJet Door Key Bombadier Challenger 4650 Large Cabin Net Jet Nas Car Rental Sues

1

@ Amex every arrival/Net Jet File Ups Panda Express & American Food Svcs & Drakes @ Amex every departure.

(Doc. 1 at p. 4.)  In the section of the complaint regarding the amount in controversy, Plaintiff alleges, "I paid $6,000,000,000.00 for my transportation to get to work one of my concerns & reason for filing because Im not trying to Lose my Job over them the defendants trying to [illegible] why UPS stole packages that was bought from them @ NetJets.com when I begged they not to even use this mailing svcs."  (Doc. 1 at p. 5) (unedited text).

In the statement of claim, Plaintiff alleges:

More so for them because I'm new but these people & their Business is a High Class Business because their able to charge a person this type of price & put that product together just like I ask them to & their able to make it look worth itt too But if I weren't rethinking possible that they were taking their time to do the exchange of a hell of a Air [illegible] then they would be slow @ times I felt like they were trying to test my word in the wrong way like Mi G if Im here maps @ your store after you charging what your charging & I paid you cash there as the salesperson they get to connect & say & start to act like itt serious

(*Id.*) (unedited text).  As relief, Plaintiff alleges the following:

Again I paid $6,000,000,000.00 for what I need Warren Buffet was even like if I didn't pay then Im going to get killed & all those police & Feds laugh out loud like Yeah Right all these punks should die & with that Relief would be doing the exchange of my NetJet Door Key & Surprise Private NetJet Business Card.

(*Id.* at p. 6) (unedited text).

## ANALYSIS

A district court has the inherent authority to dismiss frivolous actions. *Damjanovic v. Ambrose*, 991 F.2d 803 (9th Cir. 1993) (citing *Sparling v. Hoffman Constr. Co.*, 864 F.2d 635, 638 (9th Cir.1988)).  "Where a complaint is "obviously frivolous" the district court may dismiss the complaint, even if the plaintiff has paid the filing fee." *Wallace v. Lynch*, No. 2:20-cv-2265 TLN DB PS, 2021 WL 2016620, at *1 (E.D. Cal. May 20, 2021) (citing *Franklin v. Murphy*, 745 F.2d 1221, 1227 n.6 (9th Cir. 1984)); *see also Fitzgerald v. First East Seventh Street Tenants Corp.*, 221 F.3d 362, 364 (2d Cir. 2000) ("[W]e hold that district courts may dismiss a frivolous complaint *sua sponte* even when the plaintiff has paid the required filing fee, just as the Court of Appeals may dismiss frivolous matters in like circumstances."). This authority extends to suits that lack "an arguable basis either in law or fact." *Baldhosky v. California*, No. 1:14-cv-00166-

LJO-MJS (PC), 2018 WL 1407103, at *3 (E.D. Cal. Mar. 21, 2018) (citation omitted).

The court concludes that the allegations in the complaint are fanciful, insubstantial, devoid of merit, and frivolous. In this regard, the complaint alleges a payment of $6,000,000,000.00 for transportation to work, Nascar rentals, and theft of packages by UPS. It also seeks a NetJets key and credit card. Further, the claims are brought against Warren Buffet, Bill Gates, and others, including Berkshire Hathaway. Accordingly, the court will recommend *sua sponte* dismissal of Plaintiff's frivolous complaint.

**CONCLUSION AND RECOMMENDATION**

For the reasons stated, IT IS HEREBY RECOMMENDED that this action be dismissed as frivolous without prejudice.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **April 13, 2023**          /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE