# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR., | Case No. 1:22-cv-00497-JLT-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| WARREN BUFFET, et al., | (Doc. 8) |
| Defendants. | |

The assigned magistrate judge issued findings and recommendations that recommended dismissal of this action without prejudice as frivolous. (Doc. 8.) The Court served the findings and recommendations on plaintiff and notified him that any objections thereto were to be filed within 14 days after service. (*Id.*) Plaintiff did not file objections.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The findings and recommendations issued on April 13, 2023 (Doc. 8) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 9, 2023**

_____
UNITED STATES DISTRICT JUDGE

1